COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Andrea Hall
Camp J/Cuda 2/R/13 DOC No. 110954
La State Penitentiary
Angola LA 70712

**REHEARING ACTION: September 13, 2017**

**Docket Number: 17   00325-KH**

**STATE OF LOUISIANA
VERSUS
ANDREA HALL**

**Writ Application from Concordia Parish Case No. 90-1096**

**BEFORE JUDGES:**

> **Hon. John D. Saunders**
> **Hon. Phyllis M. Keaty**
> **Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Andrea Hall** has this day been

> **DENIED.**

cc: Hon. Bradley R. Burget, Counsel for  the Respondent